UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SHENG-WEN CHENG, :
:
Plaintiff, :
: 23-CV-2150 (JMF)
-v- :
: ORDER
LUKAS CASH, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties are reminded that, per the Court's earlier Order, the initial pretrial conference in this case is scheduled for **April 17, 2024**, at **11:00 a.m.**  The parties must confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.  By the **Thursday of the week prior to the upcoming conference**, the parties must each submit a letter, the contents of which are described in the Court's March 19, 2024 Order, ECF No. 43.

      To join the conference, the parties must call the Court's dedicated conference line at (888) 363-4749 and use access code 542-1540, followed by the pound (#) key.  Additionally, counsel for Defendant should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires counsel, **no later than 24 hours before the conference**, to send an email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of anyone who is expected to speak during the teleconference and the telephone numbers from which they expect to join the call.  That email should also confirm that Defendant is prepared to telephone the Court with Plaintiff on the line at the time and date of the conference.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: April 4, 2024
       New York, New York
                                               JESSE M. FURMAN
                                               United States District Judge