UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SHENG-WEN CHENG, :
:
Plaintiff, :
: 23-CV-2150 (JMF)
-v- :
: ORDER
LUKAS CASH, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Due to a death in the family, the Court must reschedule the initial pretrial conference scheduled for April 17, 2024. With apologies for the late notice, the conference is hereby ADJOURNED to **May 8, 2024**, at **11:00 a.m.** Counsel for Defendant shall follow the Court's previous instructions for initiating the call at the new date and time. *See* ECF No. 43.

    Counsel for Defendant shall (1) transmit this Order to the Warden or other official in charge of the Rochester Federal Medical Center no later than **April 16, 2024**, at **noon**, and take any additional steps necessary to inform Plaintiff that the initial pretrial conference has been rescheduled; and (2) contact the Rochester Federal Medical Center to arrange the call and to determine the telephone number at which Plaintiff will be reachable at the new date and time.

    The Clerk is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: April 15, 2024
       New York, New York

                                               JESSE M. FURMAN
                                             United States District Judge