UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG-WEN CHENG,

               Plaintiff,

-v-

LUKAS CASH,

               Defendant.

CIVIL ACTION NO.: 23 Civ. 2150 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, May 16, 2024, by **June 6, 2024**, Defendant shall file a letter reporting on the status of the parties' settlement discussions and advising if there are any issues requiring the Court's assistance.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
           May 16, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**