UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG-WEN CHENG,

               Plaintiff,

-v-

LUKAS CASH,

               Defendant.

CIVIL ACTION NO.: 23 Civ. 2150 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed Defendant's letter at ECF No. 58, the Court orders that, by **July 8, 2024**, the parties shall file either (i) a stipulation of dismissal for the attention of the Honorable Jesse M. Furman, or (ii) a letter reporting on the status of their settlement and advising if there are any issues requiring the Court's assistance.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:     New York, New York
              June 7, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**