UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG-WEN CHENG,

        Plaintiff,

-v-

LUKAS CASH,

        Defendant.

CIVIL ACTION NO.: 23 Civ. 2150 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the Honorable Jesse M. Furman's Order at ECF No. 59, the undersigned's Order at ECF No. 60 is VACATED.

The Clerk of Court is respectfully directed to vacate the Order at ECF No. 60, and to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
             June 10, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**